certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, Sewall Key, Norman D. Keller,* and *Paul D. Miller* for petitioner. *Mr. John W. Davis* for respondent.

No. 580. COMMISSIONER OF INTERNAL REVENUE *v.* FOWLER. January 12, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Solicitor General Thacher* for petitioner. *Mr. John W. Davis* for respondent.

No. 585. SEABOARD AIR LINE RY. CO. *v.* COLE. January 12, 1931. Petition for writ of certiorari to the Supreme Court of North Carolina denied. *Mr. Murray Allen* for petitioner. *Messrs. Clyde A. Douglass* and *Robert N. Simms* for respondent.

No. 589. SCHNERB ET AL. *v.* CATERPILLAR TRACTOR CO. January 12, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Gregory Hankin, William H. Page,* and *William Harvey Smith* for petitioners. *Mr. John Thomas Smith* for respondent.

No. 592. ZURICH GENERAL ACCIDENT & LIABILITY INS. CO., LTD., *v.* O'KEEFE. January 12, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Henry B. Morrow, Ralph F. Potter,* and *George A. Bangs* for petitioner. *Mr. C. J.*

*Murphy* for respondent.

No. 595. EAGLE STAR & BRITISH DOMINIONS INS. CO. ET AL. *v.* NIAGARA FERRY & TRANSPORTATION CO. January 12, 1931. Petition for writ of certiorari to the Supreme Court of New York denied. *Mr. Carroll Single* for petitioners. *Mr. Ray M. Stanley* for respondent.

No. 598. AMERICAN CAN CO. *v.* LADOGA CANNING CO. January 12, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. William H. Thompson, Albert L. Rabb, Garrard B. Winston, John A. Garver, Lemuel A. Welles,* and *Leonard B. Smith* for petitioner. *Messrs. Solon J. Carter, Harold K. Bachelder,* and *William C. Bachelder* for respondent.

No. 599. DIRECTOPLANE CORP. *v.* HUEBNER-BLEISTEIN PATENTS CO. January 12, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Glen E. Smith, Reeve Lewis,* and *Frank Parker Davis* for petitioner. *Messrs. George I. Haight* and *Samuel W. Banning* for respondent.

No. 582. W. J. McCAHAN SUGAR REFINING & MOLASSES CO. ET AL. *v.* NORTON, DEPUTY COMMISSIONER. January 19, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Maurice W. Sloan* for petitioners. *Solicitor General*